UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRYSTLE UMPIERRE,

                        Plaintiff,

      -against-                                           25-cv-7631 (LAK)

HRS TRANSPORT, INC., et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The case is remanded to the court from which it was removed for failure adequately to allege the citizenship, as opposed to residence, of a defendant, despite having been alerted to the defect previously, and therefore have failed to alleged the requisite complete diversity of citizenship.

        SO ORDERED.

Dated:      September 23, 2025

                                                 Lewis A. Kaplan
                                         United States District Judge